CLAUDIUS B. PAPE and Others, as Executors, etc., of EDWARD T. PAPE, Deceased, Respondents, v. RUDOLPH BROTHERS, INC., Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

ALICE M. NEWMAN, Respondent, v. IRVING SCHEER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

NICHOLAS MAZZU, Respondent, v. DAROJO REALTY COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

DANIEL J. FENNELL, Respondent, v. CHARLES F. GAISER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

LILLIAN HAMMOND, Respondent, v. CHARLES M. HAMMOND, Appellant.— Motion for reargument denied, motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CELESTIAN STRZEP, Appellant.— Motion for reargument denied. Present — Crosby, Lewis, Cunningham and Dowling, JJ.

In the Matter of JOSEPH P. JORDAN, an Attorney and Counselor at Law.— Order entered upon resignation striking name of attorney from Roll of Attorneys and Counselors at Law. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

## (September 21, 1939.)

In the Matter of the Application of WILLIAM J. McNAMARA, Respondent, v. THOMAS L. HOLLING, Mayor of the City of Buffalo, and Others, Appellants. Motion to amend order entered June 28, 1939, so as to make it an order of affirmance only instead of an order of modification and affirmance, granted. [See ante, pp. 411, 415.] Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ. [See ante, p. 1099.]